IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION (YOUNGSTOWN)

| | |
|---|---|
| DELBERT REEDER, etc., | ) CASE NO. 4:03 CV 1911 |
| Plaintiff, | ) |
| | ) JUDGE ECONOMUS |
| | ) MAGISTRATE JUDGE LIMBERT |
| v. | ) |
| | ) **MOTION TO EXCUSE THE PRESENCE** |
| CENTOCOR, INC., | ) **OF CENTOCOR, INC. FROM** |
| | ) **ATTENDANCE AT CASE** |
| Defendant. | ) **MANAGEMENT CONFERENCE** |

Defendant Centocor, Inc., by and through counsel and pursuant to Northern District of Ohio Loc. R. 16.3(b)(1), respectfully requests that the Court excuse its attendance at the October 7, 2003 Case Management Conference ("CMC").

Centocor, Inc. is a Pennsylvania corporation, with its principal place of business in Malvern, Pennsylvania. Because Defendant has not yet received or reviewed the decedent's medical records, its knowledge of the factual background to Plaintiff's claims is limited to the allegations set forth in the Complaint. Accordingly, because Centocor, Inc. is an out-of-state

defendant and has limited factual knowledge of Plaintiff's claims, it respectfully requests, for good cause shown, that it be excused from attending the October 7, 2003 Case Management Conference.

        Respectfully submitted,

        s/ Kristen L. Mayer
        ROBERT C. TUCKER (0013098)
        rtucker@tuckerellis.com
        KRISTEN L. MAYER (0055505)
        kmayer@tuckerellis.com
        TUCKER ELLIS & WEST LLP
        1150 Huntington Building
        925 Euclid Avenue
        Cleveland, OH  44115-1475
        Telephone:   216.592.5000
        Telefax:        216.592.5009

Attorneys for Defendant Centocor, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on October 2, 2003, a copy of the foregoing **Motion to Excuse the Presence of Centocor, Inc. from Attendance at Case Management Conference** was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

| | |
|---|---|
| William Hawal<br>Rhonda Baker Debevec<br>Spangenberg, Shibley & Liber, LLP<br>2400 National City Center<br>1900 East Ninth Street<br>Cleveland, Ohio 44114-3400 | Attorneys for Plaintiff |

s/Kristen L. Mayer
ROBERT C. TUCKER (0013098)
rtucker@tuckerellis.com
KRISTEN L. MAYER (0055505)
kmayer@tuckerellis.com
TUCKER ELLIS & WEST LLP
1150 Huntington Building
925 Euclid Avenue
Cleveland, OH  44115-1475
Telephone:   216.592.5000
Telefax:       216.592.5009

Attorneys for Defendant Centocor, Inc.