IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION (YOUNGSTOWN)

| | |
|---|---|
| DELBERT REEDER, etc., | ) CASE NO. 4:03 CV 1911 |
| Plaintiff, | ) JUDGE ECONOMUS |
| | ) MAGISTRATE JUDGE LIMBERT |
| v. | ) |
| | ) **MOTION TO EXCUSE THE PRESENCE** |
| CENTOCOR, INC., | ) **OF CENTOCOR, INC. FROM** |
| | ) **ATTENDANCE AT FEBRUARY 17,** |
| Defendant. | ) **2004 STATUS CONFERENCE** |

Defendant Centocor, Inc., by and through counsel and pursuant to Northern District of Ohio Loc. R. 16.3(b)(1), respectfully requests that the Court excuse its attendance at the February 17, 2004 Status Conference.

Centocor, Inc. ("Centocor") is a Pennsylvania corporation, with its principal place of business in Malvern, Pennsylvania. Since the October 7, 2003 Case Management Conference in this case, Centocor has not received Plaintiff's initial disclosures, or any other information or documents from Plaintiff beyond the allegations set forth in the Complaint. Accordingly, because Centocor, Inc. is an out-of-state defendant and still has limited factual knowledge of

Plaintiff's claims, it respectfully requests, for good cause shown, that it be excused from attending the February 17, 2004 Status Conference.

        Respectfully submitted,

        s/ Kristen L. Mayer
        ROBERT C. TUCKER (0013098)
        rtucker@tuckerellis.com
        KRISTEN L. MAYER (0055505)
        kmayer@tuckerellis.com
        TUCKER ELLIS & WEST LLP
        1150 Huntington Building
        925 Euclid Avenue
        Cleveland, OH  44115-1475
        Telephone:   216.592.5000
        Telefax:        216.592.5009

        Attorneys for Defendant Centocor, Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 11, 2004, a copy of the foregoing **Motion to Excuse the Presence of Centocor, Inc. from Attendance at February 17, 2004 Status Conference** was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

| | |
|---|---|
| William Hawal<br>Rhonda Baker Debevec<br>Spangenberg, Shibley & Liber, LLP<br>2400 National City Center<br>1900 East Ninth Street<br>Cleveland, Ohio 44114-3400 | Attorneys for Plaintiff |
| | s/Kristen L. Mayer<br>ROBERT C. TUCKER (0013098)<br>rtucker@tuckerellis.com<br>KRISTEN L. MAYER (0055505)<br>kmayer@tuckerellis.com<br>TUCKER ELLIS & WEST LLP<br>1150 Huntington Building<br>925 Euclid Avenue<br>Cleveland, OH  44115-1475<br>Telephone:   216.592.5000<br>Telefax:       216.592.5009<br><br>Attorneys for Defendant Centocor, Inc. |