**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| DELBERT REEDER, etc. | ) | Case No. 4:03 CV 1911 |
| | ) | Judge Economus |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | **NOTICE OF DISMISSAL** |
| | ) | |
| CENTOCOR, INC. | ) | |
| | ) | |
| Defendant | ) | |

Now comes plaintiff and pursuant to Federal Rule 41(A)(1)(b) hereby gives notice of the voluntary dismissal of this action by stipulation of the parties.

/s/ William Hawal
WILLIAM HAWAL (0006730)
RHONDA BAKER DEBEVEC (0068260)

OF COUNSEL:

Spangenberg, Shibley & Liber, LLP
1900 East Ninth Street
2400 National City Center
Cleveland, Ohio 44114
(216) 696-3232
FAX (216) 696-3924
wh@spanglaw.com
rrb@spanglaw.com

/s/ Robert Tucker (phone consent)
ROBERT TUCKER (0013098)
Tucker, Ellis & West, LLP
1150 Huntington Building
925 Euclid Avenue
Cleveland, Ohio 44115
(216) 592-5000
rtucker@tuckerellis.com

## **S E R V I C E**

A copy of the foregoing Notice of Dismissal was mailed to Robert C. Tucker and Kristen L. Mayer, attorneys for defendant, 1150 Huntington Building 925 Euclid Avenue, Cleveland, Ohio 44115 this 13th day of February.

/s/ William Hawal
WILLIAM HAWAL (0006730)