# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| DELBERT REEDER, etc. | ) | Case No. 4:03 CV 1911 |
| | ) | Judge Economus |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | **NOTICE OF DISMISSAL** |
| | ) | |
| CENTOCOR, INC. | ) | |
| | ) | |
| Defendant | ) | |

Now comes plaintiff and pursuant to Federal Rule 41(A)(1)(b) hereby gives notice of the voluntary dismissal of this action by stipulation of the parties.

/s/ William Hawal
WILLIAM HAWAL (0006730)
RHONDA BAKER DEBEVEC (0068260)

OF COUNSEL:

Spangenberg, Shibley & Liber, LLP
1900 East Ninth Street
2400 National City Center
Cleveland, Ohio 44114
(216) 696-3232
FAX (216) 696-3924
wh@spanglaw.com
rrb@spanglaw.com

/s/ Robert Tucker (phone consent)
ROBERT TUCKER (0013098)
Tucker, Ellis & West, LLP
1150 Huntington Building
925 Euclid Avenue
Cleveland, Ohio 44115
(216) 592-5000
rtucker@tuckerellis.com

IT IS SO ORDERED.

/s/ Peter C. Economus - February 16, 2004